MELINDA L. HAAG, SBN CA 132612
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY T. CHEN
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: 415-977-8939
Fax:  415-744-0134
E-mail: Jeffrey.Chen@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LILLIAN MOLINA,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>   Defendant. | CIVIL NO. 5:10-4110-JW<br><br>STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME |

The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to file his motion for summary judgment. The extension is needed because the undersigned counsel for Defendant was recently reassigned this case due to the prior counsel's scheduling conflicts, and new counsel therefore requires time to review the administrative record. Defendant's motion for summary judgment was previously due on February 7, 2011, thus the new due date is March 9, 2011, and the Court's Scheduling Order shall be modified accordingly.

//

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: February __, 2011 | /s/ Terry LaPorte |
| 3 | | (As authorized via e-mail) |
| | | TERRY LAPORTE |
| 4 | | Attorney for Plaintiff |
| 5 | Dated: February 2, 2011 | MELINDA L. HAAG |
| 6 | | United States Attorney |
| 7 | | /s/ Jeffrey T. Chen |
| 8 | | JEFFREY T. CHEN |
| | | Special Assistant U.S. Attorney |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 10, 2011

JAMES WARE
United States District Chief Judge